1  Aashish Y. Desai, Esq. (SBN 187394)
   MOWER, CARREON & DESAI, LLP
2  8001 Irvine Center Drive, Suite 1450
   Irvine, CA 92618
3  Telephone: (949) 474-3004
   Facsimile:  (949) 474-9001
4  e-mail:     desai@mocalaw.com

5  Attorneys for Plaintiffs, LORI ADGER, LORI ALVARADO, et al.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 11  LORI ADGER, etc., et al. | Case No.: SACV07-377 RGK (OPx) |
| 12         Plaintiffs, | Judge: R. Gary Klausner<br>Courtroom: 850 |
| 13  vs. | **STIPULATION FOR** |
| 14  MJM INVESTIGATIONS, INC., a<br>North Carolina Corporation and DOES | **DISMISSAL OF ACTION** |
| 15  1 through 10, inclusive, | **(Fed. R. Civ. P. 41)** |
| 16         Defendants. | |

1

## RECITALS

Plaintiff Lori Adger filed a Complaint on April 4, 2007, in the United Stated States District for the Central District of California; Plaintiff and Defendant have entered into a Settlement Agreement to resolve their dispute.

THEREFORE, the parties stipulate and agree to the following:

## STIPULATION

It is hereby stipulated, that Plaintiff, and Defendant, having entered into this Stipulation signed by all parties, agree and consent to dismiss with prejudice Plaintiff's entire claim against Defendant. The parties further agree that each party will bear its own attorney's fees and costs with respect to the dismissal of Plaintiff's action, except as provided by the Settlement Agreement between the parties.

Dated: 4/29/08

_____
Aashish Y. Desai, Esq.

Attorneys for Plaintiffs LORI ADGER, an individual; et al.

Dated: 4/29/08

_____
Kieran Shanahan

Attorneys for Defendant
MJM INVESTIGATIONS, INC.