# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LORI ADGER, etc., et al. | Case No.: SACV07-377 RGK (OPx) |
| Plaintiffs, | Judge: R. Gary Klausner<br>Courtroom: 850 |
| vs. | **ORDER PURSUANT TO STIPULATION FOR DISMISSAL OF ACTION** |
| MJM INVESTIGATIONS, INC., a North Carolina Corporation and DOES 1 through 10, inclusive, | |
| Defendants. | **(Fed. R. Civ. P. 41)** |

**GOOD CAUSE APPEARING**, the Court GRANTS the parties' Stipulation for Dismissal of Action under Fed. R. Civ. P. 41.

Dated: May 6, 2008

*/s/ Gary Klausner*

Hon. Judge R. Gary Klausner
United States District Court
Central District of California

Prepared by:
Aashish Y. Desai, Esq. (SBN 187394)
MOWER, CARREON & DESAI, LLP
8001 Irvine Center Drive, Suite 1450
Irvine, CA 92618
Telephone: (949) 474-3004
Facsimile: (949) 474-9001

1